JEANNE LEONARD, Respondent, *v.* JOHN VOLZ, Appellant.

JULIAN LEONARD, Respondent, *v.* JOHN VOLZ, Appellant.

*Negligence — landlord and tenant — injury to tenant through negligent operation of elevator.*

*Leonard* v. *Volz,* 190 App. Div. 748 (2 cases), affirmed.

(Argued December 7, 1921; decided January 10, 1922.)

APPEAL, in the first above-entitled action, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1920, unanimously affirming a judgment in favor of plaintiff entered upon a verdict.

Appeal, in the second above-entitled action, from a judgment entered June 28, 1920, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of defendant entered upon a verdict and directing judgment in favor of plaintiff for nominal damages.

The first action was brought to recover for personal injuries alleged to have been sustained by plaintiff through the negligent operation of an elevator in an apartment house owned by defendant in which plaintiff was a tenant. The second action was brought by the

husband of the plaintiff in the first action to recover for loss of services of his wife arising from said injuries.

*George F. Hickey, Frank Herwig* and *Harry A. Talbot* for appellant.

*Edward A. Alexander* and *Frank Weinstein* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.